1

2                    **IN THE UNITED STATES DISTRICT COURT**

3                        **FOR THE DISTRICT OF ARIZONA**

4
Arizona Precious Metals, Inc.,                    )
5                                                  )
            Plaintiff(s),                          )
6                                                  )
            v.                                     )        CV 07-707-PHX-MHB
7                                                  )
Accept Erste Rohstoff Beteiligungs KG., et al.,   )
8                                                  )
                                                   )        **ORDER TO**
9           Defendant(s).                          )        **SHOW CAUSE**
                                                   )

10          This action has been assigned to a United States Magistrate Judge pursuant to Local Rule 3.8(a) of

11   the United States District Court for the District of Arizona.  Each party is required to execute and file within

12   twenty days of its appearance either a written consent to the exercise of authority by the magistrate judge

13   under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge.  Plaintiff

14   **Arizona Precious Metals, Inc.** appeared in this action more than twenty days ago, but has not yet filed the

15   required election form.

16          **IT IS ORDERED** that if Plaintiff **Arizona Precious Metals, Inc.** fails to file the appropriate

17   election form by **5:00 p.m. on Tuesday, May 8, 2007**, Plaintiff  **Arizona Precious Metals, Inc.**  shall

18   appear[1] before Administrative Judge  **Mary H. Murguia**  of the Phoenix Division of this Court in

19   Courtroom No.  **505, 5th Floor** , at  **4:30 p.m. on Tuesday, May 15, 2007**  and show good cause for the

20   failure to comply with Local Rule 3.8(a).  The hearing before the Administrative Judge will be automatically

21   vacated and the party need not appear if the party files a completed election form by the 5:00 p.m. deadline

22   set forth above.  An additional copy of the election form is included with this Order.

23          **IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains

24   in effect for all purposes pending completion of the election process.  Involvement of the Administrative

25   Judge in this matter is limited to this show cause hearing, unless the magistrate judge assignment is ordered

26

27   _____

28          [1]Incarcerated parties shall appear telephonically and shall make
arrangements for such appearance in advance of the hearing.

1

1  withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned

2  to a district judge.

3          DATED this  24th   day of  April , 2007.

4
                                    RICHARD H. WEARE
5
                                    District Court Executive/Clerk of Court
6
                                       By: s/M. Pruneau
7                                           Deputy Clerk

8
   (1/25/05)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28