✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ B DEPUTY

cv 07 - 707

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Item Description (*Nature de l'envoi*) | ☐ **Registered** Article (*Envoi recommandé*) | ☐ **Letter** (*Lettre*) | ☐ **Printed** Matter (*Imprimé*) | ☐ **Other** (*Autre*) | ☐ **Recorded Delivery** (*Envoi à livraison attestée*) | ☐ **Express Mail International** |

| | | |
|---|---|---|
| ☐ Insured Parcel (*Colis avec valeur déclarée*) | Insured Value (*Valeur déclarée*) -0- | Article Number RB669 861 575 US |
| Office of Mailing (*Bureau de dépôt*) DT3 PHX, AZ 85004 | | Date of Posting (*Date de dépôt*) 4-10-2007 |

Addressee Name or Firm (*Nom ou raison sociale du destinataire*)
Bayerisches Staatministerium der Justiz

Street and No. (*Rue et No.*)
80097 Munchen

Place and Country (*Localité et pays*)
Germany

*Completed at destination. (A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

Postmark of the office of destination (*Timbre du bureau de destination*)

☑ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*)

Date

Signature of Addressee (*Signature du destinataire*)

Office of Destination Employee Signature (*Signature de l'agent du bureau du destination*)

17-04-07

**PS Form 2865, February 1997** (*Reverse*)