✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

CV 07 -707

Completed by the office of origin. (A remplir par le bureau d'origine.)

**Item Description** (*Nature de l'envoi*) ☐ **Registered Article** (*Envoi recommandé*) ☐ **Letter** (*Lettre*) ☐ **Printed Matter** (*Imprimé*) ☐ **Other** (*Autre*) ☐ **Recorded Delivery** (*Envoi à livraison attestée*) ☐ **Express Mail International**

☐ Insured Parcel (*Colis avec valeur déclarée*)

Insured Value (*Valeur déclarée*): -0-

Article Number: RB669 861 540US

Office of Mailing (*Bureau de dépôt*): DT3 PHX AZ 85004

Date of Posting (*Date de dépôt*): 4-10-2007

Addressee Name or Firm (*Nom ou raison sociale du destinataire*): Senator fuer Justiz

Street and No. (*Rue et No.*): Salzburger Strasse 21-25

Place and Country (*Localité et pays*): 10825 Berlin, Germany

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.*)

Postmark of the office of destination (*Timbre du bureau de destination*): 4. 07

☐ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*)

Date

Signature of Addressee (*Signature du destinataire*)

Office of Destination Employee Sig[redacted] (*Signature de l'agent du bureau de destination*)

PS Form 2865, February 1997 (*Reverse*)