✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

CV 07 - 707

*Completed by the office of origin. (A remplir par le bureau d'origine.)*

| | | | | | | |
|---|---|---|---|---|---|---|
| Item Description *(Nature de l'envoi)* | ☒ **Registered** Article *(Envoi recommandé)* | ☐ **Letter** *(Lettre)* | ☐ **Printed** Matter *(Imprimé)* | ☐ **Other** *(Autre)* | ☐ **Recorded Delivery** *(Envoi à livraison attestée)* | ☐ **Express** Mail International |

| | | |
|---|---|---|
| ☐ Insured Parcel *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* -0- | Article Number RB 669 861 553 US |

| | |
|---|---|
| Office of Mailing *(Bureau de dépôt)* DTS PHX, AZ 85004 | Date of Posting *(Date de dépôt)* 4-10-2007 |

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
Senator fuer Justiz

Street and No. *(Rue et No.)*
Salzburger Strasse 21-25

Place and Country *(Localité et pays)*
10825 Berlin, Germany

*Completed at destination. (A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

Postmark of the office of destination *(Timbre du bureau de destination)*

| | |
|---|---|
| ☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)* | Date |

| | |
|---|---|
| Signature of Addressee *(Signature du destinataire)* Wegner | Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)* |

PS Form 2865, February 1997 *(Reverse)*