Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br><br>Defendants. | NO. CV 07-707-PHX-MHB<br><br>**NOTICE OF COMPLETION OF SERVICE OF PROCESS BY HAGUE CONVENTION ON DEFENDANT KARL-HEINZ RAUBALL** |

Please take notice that on May 10, 2007, service of process has been completed on Defendant Karl-Heinz Rauball. In support of this Notice, counsel submits the following attachments:

Exhibit 1: Cover letter from the Office of Senator Fuer Justiz, Berlin, Germany;

Exhibit 2: Request for Service Abroad of Judicial or Extrajudicial Documents addressed to Senator Fuer Justiz, Berlin, Germany

-1-

Exhibit 3: Certificate/Attestation of Service of Process, with Attachments, showing service of process on Karl-Heinz Rauball on "10.05.2007" meaning May 10, 2007.

RESPECTFULLY submitted this 12th day of June, 2007.

_____
Peter Strojnik
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served by mail on all parties of record in this case on June 12, 2007, as follows:

The Clerk of the Court by e-filing, as required, and by regular mail for safekeeping.

And by mail to:

Accept Erste Rohstoff Beteiligungs Kg
Heerstr. 24-26, D 14052
Berlin, Germany

Karl-Heinz Rauball
Heerstr. 24-26, D 14052
Berlin, Germany

Bernhard Puttke
Heerstr. 24-26, D 14052
Berlin, Germany

Kurt Schaller
VCI Technoinvest GmbH
Sckellstr.6, D 81667
Munich, Germany