# Exhibit "1"

**Amtsgericht Charlottenburg**

14057 Berlin, Amtsgerichtsplatz 1
Fernruf (Vermittlung): 90 177 - 0, Intern: (9177)
Apparatnummer: siehe ☎
Telefax: (030) 90 177 - 447
Postbank Berlin, Konto der Justizkasse Berlin
Bln 352-108 (BLZ 100 100 10)
Zusatz bei Verwendungszweck: CHI

JUN 12 2007

Amtsgericht Charlottenburg, Postanschrift: 14046 Berlin

Fahrverbindung:
U-Bhf. Sophie-Charlotte-Platz (U2), U-Bhf. Wilmersdorfer Straße (U7),
S-Bhf. Charlottenburg (S5, S7, S75)
Bus 109, 149, 309, X34
(Diese Angaben sind unverbindlich)

Sprechzeiten:
Mo. - Fr.   08.30 - 13.00 Uhr
Do.         14.00 - 15.00 Uhr
Spätsprechzeit der Rechtsantragstelle:
Do.         16.00 - 17.15 Uhr

Arizona Precious Metals, Inc.
c/o Peter Strojnik, ESQ
3030 N. Central Avenue, Suite 1401
Phoenix, Arizona 85012
USA

| Geschäftszeichen | Ihr Zeichen | Bearbeiter | ☎ | Datum |
|---|---|---|---|---|
| 70 AR 211/07 | | | 723 Fax 256 | 22.05.2007 |

Sehr geehrte Damen und Herren,

in der Auslandszustellungssache
RA Peter Strojnik

erhalten Sie anliegende Schriftstücke mit der Bitte um Kenntnisnahme.

Hochachtungsvoll
Auf Anordnung

Schulz
Justizangestellte

Anlagen: div.

AVR30