# Exhibit "2"

How to proceed:

# REQUEST FOR SERVICE ABROAD
# OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Arizona Precious Metals, Inc.<br>c/o Peter Strojnik, ESQ<br>3030 N. Central Avenue<br>Suite 1401<br>Phoenix, Arizona 85012<br>United States of America | Central Authority for the Federal Republic of Germany<br><br>Senator fuer Justiz<br>Salzburger Strasse 21-25<br>10825 Berlin |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

Karl-Heinz Rauball
Accept Erste Rohstoff Beteiligungs KG
Heerstr. 24-26, D 14052 Berlin, Germany

[✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5):*

[ ] (c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes** – with a certificate as provided on the next page.

List of documents

(1) Summons (English); (2) Summons (German Translation); (3) Verified Complaint (English); (4) Verified Complaint (German Translation)

Done at Phoenix, Arizona, the April 10, 2007

Signature and/or stamp

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) * that the document has been served

    - the (date)

    - at (place, street, number)

    - in one of the following methods authorised by Article 5:

    [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.**

    [ ] (b) in accordance with the following particular method:**

    [ ] (c) by delivery to the addressee, who accepted it voluntarily.**

The documents referred to in the request have been delivered to:

    - (identity and description of person)

    - relationship to the addressee (family, business or other):

2) * that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement. **

-- ANNEXES --

Documents returned:

In appropriate cases, documents establishing the service:

                                      Done at                    , the

                                      Signature and/or stamp

**SUMMARY OF THE DOCUMENT TO BE SERVED**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

(Article 5, fourth paragraph)

**Identité et adresse du destinataire /** *Identity and address of the addressee* **/ -----:**

```
Karl-Heinz Rauball
Accept Erste Rohstoff Beteiligungs
KG
Heerstr. 24-26, D 14052 Berlin,
Germany
```

**IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES : . . .

***IMPORTANT***

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO: . . .*

---

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the documents is to be sent, or in English or French.*

Particulars of the parties:*

Peter Strojnik
3030 N. Central Avenue
Suite 1401
Phoenix, Arizona 85012

☑ **JUDICIAL DOCUMENT**

Nature and purpose of the document:

Verified Complaint seeking damages

Nature and purpose of the proceeding and, where appropriate, the amount in dispute:

Proceeding in the United States District Court. Amount of damages has not been determined.

Date and place for entering appearance: **

See Summons

Court which has given judgment: **

Not Applicable

Date of judgment: **

Not Applicable

Time limits stated in the document: **

Answer must be filed within 20 days of the delivery and Service of Summons and Complaint upon you

☐ **EXTRAJUDICIAL DOCUMENT**

Nature and purpose of the document:

Time limits stated in the document: **

---

Name and address of the requesting authority:

United States District Court for the District of Arizona
401 West Washington
Phoenix, Arizona 85003
United States of America