Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br>Defendants. | NO. CV 07-707-PHX-MHB<br><br>**APPLICATION FOR THE ENTRY OF DEFAULT - DEFENDANT KARL-HEINZ RAUBALL** |

Defendant Karl-Heinz Rauball was properly served with process by means authorized by the Hague Convention on Service Abroad on May 10, 2007 as set forth in the Certification/Attestation attached as Exhibit 3 to Notice of Completion of Service of Process by Hague Convention on Defendant Karl-Heinz Rauball (DOC 12). Defendant Karl-Heinz Rauball has not appeared or otherwise defended. Therefore, Plaintiff respectfully requests that the Clerk

-1-

1 | of the Court enter default against Defendant Karl-Heinz Rauball pursuant to Rule 55(a), Federal
2 | Rules of Civil Procedure.
3
   RESPECTFULLY submitted this 12th day of June, 2007.

         /s/ Peter Strojnik
         Peter Strojnik
         Attorney for Plaintiff

-3-

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served by mail on all parties of record in this case on June 12, 2007, as follows:

The Clerk of the Court by e-filing, as required.

And by mail to:

Accept Erste Rohstoff Beteiligungs Kg
Heerstr. 24-26, D 14052
Berlin, Germany

Karl-Heinz Rauball
Heerstr. 24-26, D 14052
Berlin, Germany

Bernhard Puttke
Heerstr. 24-26, D 14052
Berlin, Germany

Kurt Schaller
VCI Technoinvest GmbH
Sckellstr.6, D 81667
Munich, Germany

_____