Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,

    Plaintiff,

vs.

ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,

    Defendants.

NO. CV 07-707-PHX-MHB

**NOTICE OF COMPLETION OF SERVICE OF PROCESS BY HAGUE CONVENTION ON DEFENDANT ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG**

Please take notice that on May 18, 2007, service of process has been completed on Defendant Accept Erste Rohstoff Beteiligungs Kg. In support of this Notice, counsel submits the following attachments:

Exhibit 1: Cover letter from the Office of Senator Fuer Justiz, Berlin, Germany; and

Exhibit 2: Request for Service Abroad of Judicial or Extrajudicial Documents addressed to Senator Fuer Justiz, Berlin, Germany; and

Exhibit 3: Certificate/Attestation of Service of Process, with Attachments, showing service of process on Accept Erste Rohstoff Beteiligungs Kg on "18.05.2007" meaning May 18, 2007.

RESPECTFULLY submitted this 18th day of June, 2007.

/s/ Peter Strojnik
Peter Strojnik
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served by mail on all parties of record in this case on June 18, 2007, as follows:

The Clerk of the Court by e-filing, as required, and by regular mail for safekeeping.

And by mail to:

Accept Erste Rohstoff Beteiligungs Kg
Heerstr. 24-26, D 14052
Berlin, Germany

Karl-Heinz Rauball
Heerstr. 24-26, D 14052
Berlin, Germany

Bernhard Puttke
Heerstr. 24-26, D 14052
Berlin, Germany

Kurt Schaller
VCI Technoinvest GmbH
Sckellstr.6, D 81667
Munich, Germany

_____