Exhibit "1"

Amtsgericht Charlottenburg, Postanschrift: 14046 Berlin

Arizona Precious Metals, Inc.
c/o Peter Strojnik, ESQ
303 N. Central Avenue, Suite 1401
Phoenix, Arizona 85012
USA

JUN 1 8 2007

Fahrverbindung:
U-Bhf. Sophie-Charlotte-Platz (U2), U-Bhf. Wilmersdorfer Straße (U7),
S-Bhf. Charlottenburg (S5, S7, S75)
Bus 109, 149, 309, X34
(Diese Angaben sind unverbindlich)

Sprechzeiten:
Mo. - Fr.   08.30 - 13.00 Uhr
Do.          14.00 - 15.00 Uhr
Spätsprechzeit der Rechtsantragstelle:
Do.          16.00 - 17.15 Uhr

Apparatnummer: siehe ☎
Telefax: (030) 90 177 - 447
Postbank Berlin, Konto der Justizkasse Berlin
Bln 352-108 (BLZ 100 100 10)
Zusatz bei Verwendungszweck: CHI

| Geschäftszeichen | Ihr Zeichen | Bearbeiter | ☎ | Datum |
|---|---|---|---|---|
| 70 AR 209/07 | | | 723 Fax 256 | 25.05.2007 |

Sehr geehrte Damen und Herren,

in der Zustellungssache
an Accept Erste Rohstoff Beteiligungs KG

erhalten Sie anliegende Schriftstücke mit der Bitte um Kenntnisnahme.

Hochachtungsvoll
Auf Anordnung

Schulz
Justizangestellte

Anlagen: div.

AVR30