Exhibit "2"

How to proceed:

# REQUEST FOR SERVICE ABROAD
# OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Arizona Precious Metals, Inc.<br>c/o Peter Strojnik, ESQ<br>3030 N. Central Avenue<br>Suite 1401<br>Phoenix, Arizona 85012<br>United States of America | Central Authority for the Federal Republic of Germany<br><br>Senator fuer Justiz<br>Salzburger Strasse 21-25<br>10825 Berlin |

Senatsverwaltung für Justiz
1 7. April 2007
Anlagen

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.

Accept Erste Rohstoff Beteiligungs KG
Heerstr. 24-26, D 14052 Berlin, Germany

[√] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5):*

[ ] (c) by delivery to the addressee, if the addressee accepts it voluntarily (second paragraph of Article 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes ** – with a certificate as provided on the next page.

List of documents

(1) Summons (English); (2) Summons (German Translation); (3) Verified Complaint (English); (4) Verified Complaint (German Translation)

Done at Phoenix, Arizona, the April 10, 2007

Signature and/or stamp

9341 E -III- 54/2007

**CERTIFICATE**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) * that the document has been served

- the (date)

- at (place, street, number)

- in one of the following methods authorised by Article 5:

[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention.**

[ ] (b) in accordance with the following particular method:**

[ ] (c) by delivery to the addressee, who accepted it voluntarily.**

The documents referred to in the request have been delivered to:

- (identity and description of person)

- relationship to the addressee (family, business or other):

2) * that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement. **

-- ANNEXES --

Documents returned:

In appropriate cases, documents establishing the service:

Done at                    , the

Signature and/or stamp