Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br>Defendants. | NO. CV 07-707-PHX-MHB<br><br>**APPLICATION FOR THE ENTRY OF DEFAULT – DEFENDANT ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG** |

Defendant Accept Erste Rohstoff Beteiligungs Kg was properly served with process by means authorized by the Hague Convention on Service Abroad on May 18, 2007 as set forth in the Certification/Attestation attached as Exhibit 3 to Notice of Completion of Service of Process by Hague Convention on Defendant Karl-Heinz Rauball (DOC 14). Defendant Accept Erste Rohstoff Beteiligungs Kg has not appeared or otherwise defended. Therefore, Plaintiff

respectfully requests that the Clerk of the Court enter default against Defendant Accept Erste Rohstoff Beteiligungs Kg pursuant to Rule 55(a), Federal Rules of Civil Procedure.

RESPECTFULLY submitted this 18th day of June, 2007.

Peter Strojnik
Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Consent was served by mail on all parties of record in this case on June 18, 2007, as follows:

The Clerk of the Court by e-filing, as required.

And by mail to:

Accept Erste Rohstoff Beteiligungs Kg
Heerstr. 24-26, D 14052
Berlin, Germany

Karl-Heinz Rauball
Heerstr. 24-26, D 14052
Berlin, Germany

Bernhard Puttke
Heerstr. 24-26, D 14052
Berlin, Germany

Kurt Schaller
VCI Technoinvest GmbH
Sckellstr.6, D 81667
Munich, Germany

_____