Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br><br>Defendants. | NO. CV-07-707-PHX-MHB<br><br>**NOTICE OF DISMISSAL OF (1) JANE DOE RAUBALL; (2) JANE DOE PUTTKE; (3) KURT SCHALLER; AND (4) JANE DOE SCHALLER *WITHOUT PREJUDICE* PURSUANT TO FRCP 41(a)(1)** |

Pursuant to FRCP 41(a)(1), Plaintiff hereby notices a voluntary dismissal of this action against Jane Doe Rauball; Jane Doe Puttke; Kurt Schaller and Jane Doe Schaller, *without prejudice*.

RESPECTFULLY submitted this 21st day of August, 2007.

_____
Peter Strojnik
Attorney for Plaintiff

The foregoing e-filed this 21st day of August, 2007.

_____

-1-