UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Arizona Precious Metals, Inc.**
PLAINTIFF(S)

v.

**Accept Erste Rohstoff Beteiligungs KG et al**
DEFENDANT(S)

CASE NO. **CV-07-707-PHX-MHB**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and
CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies)
has been found with the electronically filed document, *Application for Entry of Judgment #19* filed by
*Peter Strojnik*:

⊠ Incorrect document type selected. The correct event is Default Judgment and it is found in
the Motions menu.

**ACTION TAKEN BY THE COURT**

⊠ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.