IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Arizona Precious Metals, Inc.,

Plaintiff,

vs.

Accept Erste Rohstoff Beteiligungs KG; et al.,

Defendants.

No. CV-07-707-PHX-MHB

**ORDER**

Pending before the Court is Plaintiff's Application for Default Judgment against the Defendants. The Court requests supplemental briefing on the following issues:

(1) Brief the Court on whether Defendants were properly served, citing the appropriate procedure for serving German defendants and providing proof that this procedure has been satisfied;

(2) Brief the Court on whether it has subject matter and personal jurisdiction, providing the applicable law and applying the facts to the law;

(3) Brief the Court on whether each separate Defendant entered into a contract with Plaintiff, providing evidence of the formation of the contracts and the terms of the contracts;

(4) Brief the Court on which contract provisions each separate Defendant breached and how each separate Defendant breached those provisions;

(5) Brief the Court on whether the individual Defendants may be held liable for the obligations of the corporate Defendant, providing the applicable law and applying the facts to the law;

(6) Brief the Court on the type of damages Plaintiff is entitled for Defendants' breach of contract, providing the applicable law and applying the facts to the law;

(7) Provide the Court with specific and concrete evidence of the amount of damages Plaintiff is entitled.

**IT IS ORDERED** Plaintiff shall brief the Court on the issues identified in this Order within ten days.

DATED this 31st day of October, 2007.

Roslyn O. Silver
United States District Judge