1

2

3

4                           IN THE UNITED STATES DISTRICT COURT

5                               FOR THE DISTRICT OF ARIZONA

6

7   Arizona Precious Metals, Inc.,            )    No. CV-07-707-PHX-MHB
                                              )
8              Plaintiff,                      )    **ORDER**
                                              )
9   vs.                                        )
                                              )
10                                             )
    Accept Erste Rohstoff Beteiligungs KG; et )
11  al.,                                       )
                                              )
12             Defendants.                     )
                                              )
13  _____  )

14

15         On October 31, 2007, the Court issued an order requesting supplemental briefing on

16  Plaintiff's Application for Default Judgment. In addition to the issues outlined in that Order,

17  the Court requests briefing on whether it may award damages in an amount greater than

18  $75,000 since $75,000 was the largest amount of damages specifically alleged in the

19  Complaint. See Fed. R. Civ. P. 54(c); Fehlhaber v. Fehlhaber, 681 F.2d 1015, 1024–26 (5th

20  Cir. 1982).

21         **IT IS ORDERED** Plaintiff shall brief the Court on this issue within the time outlined

22  in the Court's October 31, 2007 Order.

23         DATED this 2nd day of November, 2007.

24

25

26         _____
                        Roslyn O. Silver
27                 United States District Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28