Stock Option Agreement

# STOCK OPTION AGREEMENT

For valuable consideration the sufficiency of which is hereby expressly affirmed, Arizona Precious Metals, Inc., a Nevada Corporation ("APM" or "Company"), hereby grants to KARL- HEINZ RAUBALL (Optionee) the option to purchase shares of Company common stock effective this 5th day of ~~August~~, SEPTEMBER 2006, on the following terms and conditions:

## AGREEMENT

1. <u>Grant of Option:</u> Company hereby grants to Optionee an option (the "Option") to purchase 125,000 shares of Company common stock which is the only class of stock of the Company at the exercise price of ONE DOLLAR ($1.00) (the "Exercise Price").

2. <u>Exercise of Option</u>.

    (a) <u>Right to Exercise</u>: This Option may be exercised by Optionee at any time prior to August 31, 2009, or, if the Company shares become tradable listed on any publicly traded domestic or foreign stock exchange, then within 6 months following the listing of the Company stock on the stock exchange, whichever is earlier.

    (b) <u>Method of Exercise:</u> This Option is exercisable by delivery of an exercise notice to the Board of Directors of the Company at the Company address (the "Exercise Notice"), which shall state the election to exercise the Option and the number of Shares in respect of which the Option is being exercised (the "Exercised Shares"). The Exercise Notice shall be accompanied by payment of the aggregate Exercise Price as to all Shares exercised pursuant to the Exercise Notice. The Option shall be deemed to be exercised upon receipt by the Company of such fully executed Exercise Notice accompanied by such aggregate Exercise Price. The Exercised Shares shall be considered transferred to the Optionee on the date the Option is exercised with respect to such Exercised Shares.

3. <u>Method of Payment</u>: Payment of the option price shall be by any of the following, or a combination thereof: (a) cash; (b) check; and/or (c) consideration received by the Company under a written cashless exchange of consideration otherwise agreed to between the Company and Optionee.

4. <u>Non-Transferability of Option</u>: This Option may not be transferred in any manner.

5. <u>Tax Consequences</u>: Each party shall be responsible for such party's tax consequences relative to the exercise of the option rights pursuant to this Option Agreement.

6. <u>Entire Agreement; Governing Law, Language</u>: This Option Agreement constitutes the entire agreement of the Parties. This Option Agreement shall be construed according to the laws of the State of Arizona and, if applicable, of the United States of America. This Agreement shall be effective only in its English version, although any contracting party may for convenience have this Agreement translated into

Optionor: _[signature]_

Optionee: _[signature]_

Stock Option Agreement
Page 1

Stock Option Agreement

any language. Any difference between the English version and any other version shall be conclusively reconciled in favor of the English version.

EXECUTED on the date first hereinabove written.

**ARIZONA PRECIOUS METALS, INC.**

By: Dr. Hans (John) Huening
Chairman of the Board

Optionor: _____
Optionee: _____

Stock Option Agreement
Page 2