*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

# SUPPLEMENTAL DECLARATION OF DR. JOHANNES HERMAN HÜNING UNDER THE PENALTY OF PERJURY

The undersigned Declarant, being first duly sworn upon oath, deposes and says as follows:

1. My name is Dr. Johannes Hermann Hüning; I make this Affidavit based upon my own knowledge and information; and

2. I am a tax attorney and accountant (Steuerberater) licensed to practice tax law in the Country of Germany; I have held a tax lawyer license (Steuerberater) there since 1966; and

3. I am the President and Chairman of the Board of Directors of Arizona Precious Metals, Inc., ("APM") the Plaintiff in United States District Court, District of Arizona, litigation captioned *Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB; and

4. I have reviewed the Court's Orders dated October 31, 2007 and November 2, 2007; and

5. I am qualified by practice and experience, and by virtue of my license to practice tax law in the Country of Germany, I am able to declare that:

    a. It is a criminal act to enter a contract without having first secured the financing to perform on the contract (§263 StGB [criminal code]; and

    b. A person is liable for any damages occasioned by his criminal act, such as signing a contract without the financial ability to perform. §§ 823 and 249 (BGB [ civil code]); and

    c. A partner in a start up partnership such as Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership, is personally liable for the breach of a partnership contract if the breach is considered a criminal act under the criminal code where the partnership entity

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

enters into contract without the ability to perform and the partner knowingly acquiesces to the entry of the contract; and

d. Where a start up partnership is designed to shield the individual partners from liability, the partners will be shielded from liability unless the partnership enters into a contract it cannot perform and the non-performance is considered a criminal act, and the partner knew that it could not perform.

6. I confirm the following statements in my Declaration dated August 9:

17. Following Messrs. Schaller's, Rauball's and Puttke's independent promise to arrange and fund the loan, Declarant held numerous conversations with Messrs. Schaller, Rauball and Puttke regarding the funding of the loan; and

18. Declarant's conversations with Messrs. Schaller, Rauball and Puttke occurred by telephone and in person; and

19. Declarant traveled to Germany on several occasions to discuss the status of the loan with Messrs. Schaller, Rauball and Puttke; and

20. During telephonic and in-person conversations with Messrs. Schaller, Rauball and Puttke, Declarant learned that the promises to make the loan on or about September 5, 2006, were made knowingly that the loan could not be made by Defendants; and

21. Declarant also learned during telephonic and in-person conversations with Messrs. Schaller, Rauball and Puttke that at the time Messrs. Schaller, Rauball and Puttke made the promise to make the loan on or about September 5, 2006, Messrs. Schaller, Rauball and Puttke knew that they did not have the means to make the loan; and

7. In my Declaration dated August 9, 2007, I also stated:

25. As a direct and proximate result of Accept's and Messrs. Schaller's, Rauball's and Puttke's failure to make the loan as agreed, APM has incurred damages for loss of income and profits as follows:

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

| Silver King Mine Joint Venture Income Projections* | | | | |
|---|---|---|---|---|
| Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| Gross income  15,120,000 | 14,000,000 | 15,000,000 | 15,600,000 | 16,200,000 |
| Gross profit/ EBITDA  11,092,350 | 9,726,542 | 10,464,269 | 10,861,783 | 11,254,032 |
| 60% EBIT to APM 6,637,182 | 5,815,874 | 6,256,506 | 6,492,808 | 6,725,731 |
| 40% EBIT to SKM 4,424,788 | 3,877,250 | 4,171,004 | 4,328,539 | 4,483,821 |
| NPV Factor  0.83 | 0.69 | 0.58 | 0.48 | 0.40 |
| APM  (npv) 5,508,861 | 4,012,953 | 3,628,773 | 3,116,547 | 2,690,292 |
| SKM  (npv) 3,672,574 | 2,675,302 | 2,419,182 | 2,077,698 | 1,793,528 |
| Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
| Gross income  16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 |
| Gross profit/ EBITDA  11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 |
| 60% EBIT to APM 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 |
| 40% EBIT to SKM 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 |
| NPV Factor  0.33 | 0.28 | 0.23 | 0.19 | 0.16 |
| APM  (npv) 2,219,491 | 1,883,204 | 1,546,918 | 1,277,888 | 1,076,116 |
| SKM  (npv) 1,479,660 | 1,255,469 | 1,031,278 | 851,925 | 717,411 |

\* The Discount rate for a private business is calculated at 20% in accordance with "How To Value Your Business and Increase its Potential" Author Jay B., Abrams, page 82. ISBN: 0-07-139520-2

26. Reducing the loss of income and profits to present value yields the present value of damages in the amount of US$ 26,961,043.

27. Defendants induced APM to enter into the Loan Agreement having no ability or intent to perform thereunder; and

8. I computed the amount of damages based on the following information and work papers:

    a. The 2006 Silver King Mine Executive Summary (Attachment A); and

    b. The April 21, 2004, Ore Body Report by Silver King Mine (Attachment B); and

    c. The Silver King Production and Mining Potential (Attachment C); and

    d. Net Present Value Of The Silver King Mine Joint Venture (Attachment D); and

    e. Silver King Mine 10 Year Income Statement Summary (Attachment E).

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

9. The attachments show that with the infusion of Accept loan funds, Arizona precious Metals would realize a profit of $26,961,043.00. This amount represents losses over a 10 year period discounted to present value.

10. In my Declaration dated August 9, 2007, I also stated:

> 30. Defendant Puttke's and Rauball's fraud in the inducement and their breach of implied covenant of good faith and fair dealing were committed with a willful or wanton disregard of the interests of the APM; and
>
> 31. Declarant, on behalf of Plaintiff, submits that punitive damages should be assessed against each Defendant, including Defendant Puttke, jointly and severally with others, in the amount of $5,000,000.00 in order to punish Defendants, including Defendant Puttke and Rauball, and to deter others from engaging in similar misconduct.
>
> 32. Based on the foregoing, Declarant submits that the following damages were incurred by Arizona Precious Metals, Inc. as a direct and proximate result of Defendants' breaches of contract and fraud in the inducement:
>
> | Actual Damages: | $26,961,043.00 |
> |---|---|
> | Reasonable Punitive Damages: | $5,000,000.00 |

11. The damage calculation is based on acceptable accounting principles.

12. I affirm all declarations made in my Declaration dated August 9, 2007.

The Declarant has reviewed the foregoing and knows the contents thereof, and declares under the penalty of perjury that the foregoing is true and correct to the best of his personal knowledge, information and belief.

DATED this 6th day of November, 2007.

*[signature]*

Dr. Johannes H. Hüning
Declarant

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

# ATTACHMENT A

# *Silver King of Arizona Mining Company, L.L.C.*

### Executive Summary 2006

---

Industry: Mining (Silver)
Seeking: $10,000,000 initial funding
Type of Funding: To be determined
Marketing:     National/International

---

***Overview:*** The Silver King of Arizona Mining Company L.L.C., an Arizona limited liability company ("the Company"), will mine and process ore into concentrates ("Cons") The Company proposes to mine primarily silver in a standard underground cut and slope mining operation, with on-site milling and flotation recovery operations. The Company will use a contracted state-of-the-art hydrometallurgical (wet-chemical) refining process of its Cons, which is safe, cost effective and environmentally sound. The Silver King seeks to raise equity of $10,000,000 in order to continue its further development and operations of the mine. All engineering and environmental surveys have been completed and the Plan of Operation for mining activities in the National Forest have been submitted and approved. The mining claims have been secured within federal lands administered by the U.S. Department of Agriculture, Forest Service.

Once funds have been confirmed, the Company will step up the development and mining of the site. Operations will be up and running within 30 days for the mine dumps. There are about 8000 tons on the mine dumps, which can yield a profit of $500,000 and upwards, based on the price of silver and gold and other metals gleaned from the dumps. The main mine will be up and running within 3 months or less. The Company anticipates gross income for the first twelve months of operation (not including start up) could reach a max of $25,000,000 at the spot price of silver at $15 per ounce.

**Note:** The income based on obtaining jump-start funding with an investment of $10,000,000 and is based upon a fluctuating market price of silver and gold. Copper and the other base metals in the ore body may yield additional profits. High-grade copper deposits have previously been discovered below the silver deposits in the immediate area. Depending upon their size, the value of these deposits could easily exceed those now being estimated based upon the proven reserves. This start up cost includes anticipated liability insurance and the continuous ADEQ (Arizona Department of Environmental Quality) process, as well as some unanticipated expenses including permit and claim fees and mine safety issues. These sums are not high and not unusual but are necessary financial expenditures and fluctuate, therefore are not fixed sums.

***The Company:*** Silver King of Arizona Mining, L.L.C., was formed in 1996 to mine, process and refine precious metals, principally silver. The Company was founded by the Deen family, who are the current owners of the El Medico Claim to the Silver King Mine. Over the years the Deen's have reopened the shaft down to the 314-foot level. Based upon their findings, they decided to reopen the mine. They built a crushing operation and flotation mill at the site and began to mill the tailings from the old dumps of the 1880s with enough success to create a cash reserve in order to build a 75foot head frame over the main

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

shaft for underground mining. They were also able to buy and assemble all the equipment needed for a large-scale mill and floatation recovery operation. The Deen's hired the independent environmental consulting firm of SWAC, Inc. from Phoenix, AZ to prepare the archaeological survey for the National Forest Service. An environmental study called Silver King Mine-Site Development & Operations Environmental Assessment (EA) was completed by Bender Environmental, Inc. and approved by the Forest Service. A Plan of Operation for Mining to the National Forest Service was also written, submitted and approved.

**_History:_**    In the year 1870, the present governor of California, George Stoneman, who was then a Colonel in the Regular Army commanding in Arizona, established a picket post near where the old mill town of Pinal stood. He called this Camp Picket Post. The Apaches were very troublesome at that time, and were constantly raiding the farming settlements on the Gila from their fastnesses in the Pinal Mountains. A road was constructed over the mountain into the higher valleys of the Pinal range, which is known as the "Stoneman Grade," and was the main traveled route from Pinal and Silver King then on up the "Grade" to Globe. A soldier named Sullivan, employed in building this road, when returning from his work one evening, sat down to rest on a ledge, near the camp. Seeing some black-looking pieces of rock, he picked them up and attempted to break them, but he found that they flattened out like a piece of lead. He knew nothing about silver ore, but he put them in his pocket and winded his way back to camp. Shortly after his term of service expired, he drifted to the ranch of Charley Mason, on the Gila River. Sullivan remained here for some time, and frequently showed the black ore to Mason and others, but would tell no one where he found it. One day, he suddenly disappeared and was not heard of for years. He was supposed to have been killed by the Apaches, or to have perished in the desert in the attempt to return to the place where he found the black nuggets.

For several years, prospecting parties explored the Pinal range in search of Sullivan's find, but without success. During one of the searches, a party of four farmers from the Gila Valley traveled to where the town of Globe now stands, and located a rich silver/copper mine and filed their claims. On March 18, 1875, Charles G. Mason, Benjamin W. Regan, William H. Long, Isaac Copeland and an unnamed man started out for the town of Globe with a train of mules to bring in some of the ore they had mined. On the way back, they camped for the night a short distance from the road known as Stoneman Grade. The Apaches attacked them on March 21 at General Stoneman's old Camp Supply on top of King's Crown Mountain and the unknown man was killed. The group camped there at the spring on top of the mountain and put the man that was killed in an old stone oven. The next morning after going down Stoneman's Grade, Copeland found the "little brown hill." This was the outcroppings of the great mine, which has since become famous as the Silver King. Sullivan's secret was a secret no longer, and they had at last found the long sought treasure. The discovery was made in what was afterwards known as Pioneer District. Thus, the famous Silver King Mine was discovered. The four prospectors made their way to Florence and filed their claim on March 22, 1875.

The original four men worked the mine until June 1876, when Copeland sold his interest to Mason. Prior to sale, a great deal of rich ore had been shipped to California. A short time after Long sold his interest to Regan, and he and Mason became the sole owners. In January 1877, Mason sold his interest to Col James M. Barney, and on the 9th of May 1877, the Silver King Mine Company was incorporated under the laws of the State of California, and the work of development began in earnest. A twenty-stamp mill was put up on Queen Creek, five miles from the mine, and later, a concentration operation was added. The Silver King Mine was active from 1875 to 1887, when it produced about 40 million dollars in silver and gold during its hey-day. It also produced some copper, zinc, lead and other metals. During the late 1880s when the silver standard was devalued and the company's costs of mining, transportation and milling of the ore

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

increased, which was not as cost effective as previous years, it put a strain on the Company. Also, the mine converted from steam power to diesel fuel, which depleted its cash reserves. And at this same time, the Globe Bank failed. All these factors caused the shut down of the mine and the Silver King Mine Company even though there was still a substantial amount of silver left in the mine, as well as in the dumps and tailing piles. The mine is closed. **SOURCE:** *Arizona Weekly Enterprise 12/22/1883*

**Recent Mining** The Silver King Mine produced about $40 million dollars during the 1870s and 1880s and about $250,00 during its limited operation after World War I. The silver was counted but not the gold. Other limited mining of the dumps and mine throughout the years yielded no official reports. Basically, the mine always made money when in operation with competent management. Modern methods and the use of new technology now make the mine even more viable compared to the 1880s steam and diesel technology and crude amalgamation methods.

No one had been down in the mine since 1922. Its main shaft has been filled with water from an underground stream. In 1996, the Deen family of miners, Ron Deen Sr., sons Ron Deen Jr., Joe and Gary Deen filed a federal claim on the property, started pumping out the water and reopened the mine down to the 314-foot level. Based on what they found in the mine and on the dumps and tailing piles, they decided to rebuild and start mining the Silver King again. They have purchased and installed most the equipment needed to run a full-scale mining operation. They erected a 75-foot head frame over the main shaft of the mine, installed an ore crushing process and erected a ball mill to develop a flotation process that turns the raw ore into silver concentrates. They built a mill operation and flotation circuit at the site and began to mill the tailings and the old dumps from the 1880s with much success. They have also started rehabilitation efforts on the 114-foot level of the mine in order to resume underground mining. The cost of this rehabilitation effort has been $2,000,000. Since 2000, the Deen family has produced enough silver from reserve concentrations from their various mining endeavors to finance their limited operation. The mine has all the necessary equipment and support systems in place to return to a fully operational mine. The mine dumps currently contain about 8000+ tons of production ore.

**Investment and expansion**
The $10,000,000 investment monies will be used to rehab the main old shaft and/or reopen and refit the old 600-foot shaft, which is near the main shaft. This would cost about $1,000,000 to $2,000,000 based upon feasibility studies by engineers and geologists, but one or the other will have to be redone, in order to mine the ore body more efficiently. Also, about $3,000,000 will be spent to enhance the existing crushing and mill process by adding a larger (500 ton) ball mill, flotation tank system and new ore crushers. This would enable the mine to produce 500 tons per day of ore. Also, a new tailing pond at a cost of about $500,000 would have to be built to accommodate the additional crushed waste rock (tails) from the mill operation. A new shaker table and assorted mill equipment will have to be added at a cost of about $500,000. New ore carts will have to be added for underground mining, as well as mucking and slushing equipment at a cost of about $1,000,000. New drilling and blasting equipment will have to be added, at a cost of about $200,000. About $100,000 would be spent to run electricity to the mine from 3 miles down the mountain to the mine. This would reduce the cost of fuel for the generator by about 95%. A larger front-end loader will have to be purchased at a cost of about $100,000. The rest of the funds would go towards wages for the additional miners and mill workers and associated mine costs. Although the cost of start up will be $10 million, the anticipated benefits would be increased profits, as the current crushing and milling process will only produce 100 tons per day. With a larger and/or new (secondary) crushing and mill process with a third work crew, the mine should produce much greater profits, provided the underground work can safely produce the additional ore. The profits could be as much as one-third or greater of the profits of remaining at the same equipment and manpower status.

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

***Value Proposition:*** Based on published historical information found from old mine records, charts and underground maps that have been located, it was estimated that the mine ore body is 80 feet buy 300 feet wide and goes downward 700 plus feet. This would mean that there is 16.8 million cubic feet of ore down to the 700-foot level. It is calculated that 13 cubic feet equal a ton of ore. The ore body of the Silver King Mine before any mining of ore was determined to be 1,292,307 tons. Reviewing mine records and other official reports, it was determined that 510,700 cubic feet or 39,284 tons of ore was removed from the mine during the 1870s and 1880s until it was closed. There is still a reserve of 1,253,023 tons of ore left in the mine. At 50 ounces of silver per ton of ore mined, using 1,292,307 tons left in reserve at today's spot price of $15 per ounce, there would be a potential cash value reserve of $900 million dollars. (Note: as of 5-11-06 the spot price of silver per ounce was about $15 per ounce. The potential cash reserve would change to with the projected increase in gold and silver) This cash value will change upon the daily spot price of silver and the quantities of silver that come from high grade or low-grade ore found in the mine. The cash value does not include any income from any other metals (like copper, lead, and other metals which are contained in the mine also) that would be mined from the site.

***Operation:*** The main shaft, first constructed in the late 1870s will be used to access the underground workings of the mine. Ore faces will be drilled and blasted into a resultant rubblized ore, collected and transported to the surface at an estimated rate of 50 tons per 8-hour shift using two shifts per day, seven days per week. The ore will then go through the milling process, which will run simultaneously with the mining operation. The ore is progressively crushed, each step reducing the ore particle size. The final crushed material would be milled to a powder-like consistency and moved over to the adjacent flotation circuit for processing and concentration by removing the mineral material from the uneconomic rock material. This concentrated mineral material will then be dried and placed into 55-gallon drums. Each drum will hold about 1000 pounds of the concentrated material or "Cons." It takes 20 tons of raw ore from the mine to make one ton of Cons. The Cons are then transported off-site to a contracted refinery for final processing. You collect approximately 1000 ounces of silver in each ton of Cons that are produced through the concentration process. Prior to restarting the underground operation portions of the mine dumps, consisting of thousands of tons of salvageable low-grade ore, could be milled until the underground mining operation is maximized.

***Investment Opportunity:*** Management strongly believes that The Silver King Mining Company represents a tremendous investment opportunity in an exceptionally practical business venture. Hence, the management team has developed an aggressive strategy to implement a plan that will continuously build a sustainable and exceptionally profitable company. The business model, with built-in internal mechanisms to generate on-going growth capital from high profit recurring revenue, is designed to rapidly build a sustainable business independent of a need for on-going capital infusion once the mine is fully operating. The Directors of the Company believe that the limited global supply of silver and the other mined metals present a unique opportunity for Silver King Mining and its investors. To maximize benefits to its shareholders and its investors, the Company may explore and evaluate several exit strategies. Such strategies could include a buy-out of the investor(s), or an acquisition/merger with a larger entity, but management will remain open to other alternatives.

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

### Corporate Profile

| | |
|---|---|
| Name: | The Silver King of Arizona Mining Company, L. L. C. |
| Stage: | Readly for Production |
| Industry: | Mining        (Silver) |
| Location: | Silver King, Arizona near Superior and  60 miles east of Phoenix |

*Target Market:* The silver concentrates will be sent to Cyprus Miami Mining Co., or another smelter. Once smelted into bullion will be sent to a major industry producer such as Formation Chemicals, Inc. or Johnson-Matthey for final refinement into bars, coins or sold for cash. The Company will make that decision.

*Use of Funds:*

| Application | Allocation |
|---|---|
| WORKING CAPITAL FOR MINE | $10,000,000 |
| INFRASTRUCTURE IMPROVEMENTS | $6,000,000 |
| RECLAMATION BOND | $140,000 |
| MANPOWER @ ASSOC. COSTS | $4,860,000 |
| **Total Minimum Required Funding** | **$10,000,000** |

*Funding*
Seeking: $10,000,000 Type Investment. Management is open to negotiations on alternative funding scenarios. However this would increase the production time for maximum output and would reduce the gross income and net profits.

*Financial Summary:* Management anticipates an aggressive, efficient, yet cost-effective strategy to result in progressively increasing revenues and subsequently profits. Gross income for the first twelve months of operation (not including the start-up period) may reach $25,000,000 (at the spot price of $15 per ounce) before cost of sales, expenses or repayment of financial obligations. Profits can change upon the spot price of silver on the day of sale. This income does not include the sale of any other precious metals such as gold or copper that could be mined from the site. This is also based on receiving $10,000,000 funding, which could accelerate the operations of the mine and speed up the development of the lower levels of the mine.

| | Year 1 |
|---|---|
| Gross Income | $25,000,000 |
| Cost of Sale | $2,500,000 |
| Gross Profit | $21,500,000 |
| Operating Expenses | $4,500,000 |
| Net Profit | $18,000,000 |

**Note: operating retention % can fluctuate based upon initial investment and other factors such as spot price of silver**

*Management Team:* Mr. Ron Deen Sr. of Kearny, Arizona is currently the Chairman of the Board of Directors and Mr. Ron Deen Jr. also from Kearny, Arizona serves as the Company's President and Board Member. Combined, both gentlemen have a total of 60 years experience in the mining industry. The two

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

will be hands on involved in the day to day operation of the mining, milling and floatation process of the Silver King Mine. Mr. Jack San Felice of Mesa, Arizona serves as the corporation's CEO. Mr. San Felice has a M.S. degree in Administration and Management, and has extensive hands on experience with the mine since 1996, and has developed the Plan of Operations and all subsequent documents pertaining to the operation of the mine.

---

This report is based solely on information provided by the company and has been reviewed and approved by management. It is issued for informational purposes only. It should not be construed as an offer or solicitation to buy or sell any security. Investors should undertake an independent investigation of the merits of the company. While the information supplied by management sources is believed to be reliable, it should not be construed as any type of projection of actual future performance or relied upon as investment advice. As cautionary note to investors, certain matters discussed in this document may contain forward-looking statements within the meaning of the Private Securities Litigation reform Act of 1995. Such matters involve risks and uncertainties that may cause actual results to differ materially, including changes in economic conditions, and the ability of the company to successfully implement its business model plan. Statements are based solely on information supplied by the company and do not represent an endorsement of said company.

---

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

# ATTACHMENT B

# Silver King of Arizona Mining Company



Silver King Mining Company  
A Limited Liability Corporation  
Jack San Felice CEO  
Way  
6237 E. Mallory St.  
Mesa, AZ 85215  
480-830-2727  

Ronald R. Deen  
Presiding Officer  
56389 E. Simmons  

Kearny, AZ 85237  
520-363-5692  

## ORE BODY REMAINING IN THE SILVER KING MINE
Jack San Felice

April 21, 2004  
From: Jack San Felice 480-830-2727  
Subject: ORE BODY REMAINING IN THE SILVER KING MINE

Question: How much ore is left in the mine in the first four levels?

In response to your question regarding how much ore was left in the mine in the first four levels, I am addressing your question as follows.

Response:
There are basically seven (7) levels of the Silver King Main Shaft, however there are two intermediary levels, which I will also address, in order to be as accurate as possible. The following information is based on old mine records, charts and maps, as well as the Deen's experience with the 114 and 256 foot levels. I am addressing the ore removed and remaining, using cubic feet (F3) as a common denominator.
Overall, based on historical information and the underground maps that we located, we estimate that the mine ore body is 80 feet x 300 feet and goes downward 700 feet. This would mean that there was about 9.6 million cubic feet of ore down to the 700-foot level. Reviewing mine records and other official reports as closely as we could, we determined that the following cubic feet was removed at each level, leaving the remainder as a potential ore body at each level. Each level would have a potential maximum of 1.2million F3. The removal rate includes the tunnels and stopes as best as we can determine.

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

**Level One -114 Ft. level. 22,500 F3 of ore was removed were removed leaving a potential of about 1,178,000F3 of ore body at this level.**

**Intermediary Level 150 Ft. Level. 87,500 F3 of ore was removed, leaving a potential ore body of 1,013,000 F3 of ore left at this level.**

**Level Two-256 Ft. Level. 31,700 F3 was removed from this level leaving about 1,170,000 F3 ore potential ore at this level.**

**Intermediary Level-302 Ft. Level. About 100,000 F3 of ore was removed at this level leaving about 1,100,000 F3 of potential ore at this level.**

**Level Three-356 Ft. Level. 136,000 F3 of ore was removed at this level leaving a potential ore body of 1,024,000 F3 at this level.**

**Level Four-400Ft. Level. About 133,000F3 was removed from this level leaving a potential ore body of 1,067,000 F3 at this level.**

**Question: What is the quality of ore left in those levels?**

**Response: In the 114-Ft. level the ore is basically low grade but it does contain high-grade veins of Argentite, which is 70 percent silver. How much of this is left will be determined by exploration.**

**Regarding the quality of ore, I have been advised by the Deens to use this formula. The ore is averaged or overall rated on a 20 to 1 ratio or 20 ounces of head ore. It takes 20 tons of ore to produce 1 Ton of Concentrates, which can produce 1000 to 2000 ounces of silver from these cons. This is determined by whether the ore is a lower or a higher grade. Several reports of the past indicate a much higher ore grade was taken out of certain levels. Essentially the mine was high-graded. The mine was worked in a manner to drive downward and take out the highest grade visible to the mining company. The old Silver King Mining Company by-passed several levels of good grade ore in order to get to the "best" ore. Some of the levels yield richer ore than others, as for example, the III and the IV, where an unusual amount of rich sulfide of silver was found (See W. P. Blake's Report of 1883, Description of the Silver King Mine of Arizona, p.44.) Several historical reports on the Silver King state that "$10,000 per ton was taken from the mine at a certain level," "High grade silver was blocked out at the 700 foot level worth several thousands of dollars per ton," and the last bonafide reopening of the mine during 1918-20 reflected over 200,000 ounces of silver were taken from the mine (University of Arizona Report p. 144). Also, it has been stated by previous mine superintendents (Doran and Bowen) that several areas of the mine with high grade ore were "blocked out" and put on reserve, to be mined when the mine owners would deem appropriate or in one instance would reopen. Ironically, none of the official Silver King Mine reports mention gold values, but recent assays paid for by the Deens to reputable assayers reflect gold values.**

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

**The best way to determine the true value or worth of the first four levels of the mine is to take representative samples and assay them. We need to de-water the mine in order to get to the 2nd, 3rd, and 4th levels, however past reports from 1999 and 2000, by the Deens reflected a good grade of ore (above 1000 ounces of silver per ton of cons) before the mine was shut down. We anticipate based on past experience that the mine is not just a prospect, but will be a paying mine. The true worth of the mine is yet to be determined, as you can see from the huge amount of potential ore left in the ore body down to the 700-foot level and beyond. Also, there is information based on geological studies of the Silver King and Magma Mine areas recently that state that there is a massive copper ore body in the region. The Magma Mine originally was called the Silver Queen and located the same year the Silver King was located and as the silver ran out a very rich vein of copper was located. Historical studies have indicated a potential large copper ore body below the 800-foot level of the Silver King.**

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

## ATTACHMENT C

## THE SILVER KING PRODUCTION AND INCOME POTENTIAL

***Value Proposition:*** Based on published historical information found from old mine records, charts and underground maps that have been located, it was estimated that the mine ore body is 80 feet buy 300 feet wide and goes downward 700 plus feet. This would mean that there is 16.8 million cubic feet of ore down to the 700-foot level. It is calculated that 13 (One cubic ft. of solid quartz = 165 lbs. which is 12.12 cubic ft. to the ton) cubic feet equal a ton of ore. The ore body of the Silver King Mine before any mining of ore was determined to be 1,292,307 tons. Reviewing mine records and other official reports, it was determined that 510,700 cubic feet or 39,284 tons of ore was removed from the mine during the 1870s and 1880s until it was closed. There is still a reserve of 1,253,023 tons of ore left in the mine. At 50 ounces of silver per ton of ore mined, using 1,292,307 tons left in reserve at today's spot price of $15 per ounce, there would be a potential cash value reserve of $900 million dollars. (Note: as of 5-11-06 the spot price of silver per ounce was about $15 per ounce. The potential cash reserve would change to with the projected increase in gold and silver. We expect it to be in the high teens by late 2007) This cash value will change upon the daily spot price of silver and the quantities of silver that come from high grade or low-grade ore found in the mine. The cash value does not include any income from any other metals (like copper, lead, and other metals which are contained in the mine also) that would be mined from the site.

The mine records according to J. B Tenney, Arizona Bureau of Mines Report *The Mineral Industries of Arizona,* Published by the University of Arizona February 15, 1928 from 1975 – 1928 shown on page 296 of *"When Silver Was King"* written by Jack San Felice; production from the Silver King Mine for that period was listed as follows:

The total number of ounces refined and sold and reported by J. B. Tenney was 6,175,921 ounces of silver producing a gross value of $6,778,768 of income, or a price of $1.10 an ounce. At today's (March 19, 2007) price of $13.13 an ounce (Kitco.com), this amount of silver would be valued at $81,151,601.19.

This silver total of 6,175,921 was obtained from a total of 39,284 tons of ore. This equates to an average of 157.21 oz/ per ton, or an average of $2061.41 per ton. We use the number of 50 ounces per ton to reflect the total potential of the ore body, which we fully expect to be in excess of the accounted for, over 1 million tons. The number fifty ounces is one-third of the total average of ounces (a 66.67% discount from the average of 157 ounces per ton extracted during the early years of operation at the mine) produced from the first 39,284 tons of ore extracted from the mine and is used for this and other calculations that the company has in its financial projections.

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

At 200 tons of ore produced per day, the mine would have a life of 17.4 years working 360 days a year. Averaging $650 a ton at $13 an ounce, the daily income from the mine would be approximately $130,000 gross.

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

## ATTACHMENT D

## NET PRESENT VALUE OF THE SILVER KING MINE JOINT VENTURE AS A MID SIZED PRIVATELY HELD BUSINESS*

| Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|
| 15,120,000 | 14,000,000 | 15,000,000 | 15,600,000 | 16,200,000 |
| 11,092,350 | 9,726,542 | 10,464,269 | 10,861,783 | 11,254,032 |
| 6,637,182 | 5,815,874 | 6,256,506 | 6,492,808 | 6,725,731 |
| 4,424,788 | 3,877,250 | 4,171,004 | 4,328,539 | 4,483,821 |
| 0.83 | 0.69 | 0.58 | 0.48 | 0.40 |
| (npv) **5,508,861** | **4,012,953** | **3,628,773** | **3,116,547** | **2,690,292** |
| 3,672,574 | 2,675,302 | 2,419,182 | 2,077,698 | 1,793,528 |
| **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** |
| 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 |
| 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 |
| 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 |
| 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 |
| 0.33 | 0.28 | 0.23 | 0.19 | 0.16 |
| **2,219,491** | **1,883,204** | **1,546,918** | **1,277,888** | **1,076,116** |
| 1,479,660 | 1,255,469 | 1,031,278 | 851,925 | 717,411 |
| **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** |
| 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 |
| 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 |
| 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 |
| 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 |
| 0.13 | 0.11 | 0.09 | 0.08 | 0.06 |
| **874,345** | **739,830** | **605,315** | **538,058** | **403,543** |
| 582,896 | 493,220 | 403,543 | 358.705 | 269,029 |
| **Year 16** | **Year 17** | **Year 18** | **Year 19** | **Year 20** |
| 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 |
| 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 | 11,254,032 |
| 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 | 6,725,731 |
| 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 | 4,483,821 |
| 0.05 | 0.05 | 0.04 | 0.03 | 0.03 |
| **286,286** | **286,286** | **269,029** | **201,771** | **201,771** |
| 224,191 | 224,191 | 179,352 | 134,514 | 134,514 |

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

\* The Discount rate for a private business is calculated at 20% in accordance with "How To Value Your Business and Increase its Potential" Author Jay B., Abrams, page 82. ISBN: 0-07-139520-2

First Year Net Present Value at 20% Assumptions:

| Total Revenue | $15,120,000 |
|---|---|
| EBITDA | $11,092,350 |
| 60% EBIT TO APM | $6,637,182 |
| 40% EBIT TO SKM | $4,424,788 |
| Net Present Value Factor | 0.83 |
| NPV value | $5,508,861 |
| NPV value | $3,672,574 |

**Present Value Factors**

It is easy to calculate present values for each $1.00 of expected future cash flows. This is called a *present value factor* (PVF), and it equals $\dfrac{1}{(1+r)^n}$

r = rate of return
n = number of years

We can do this by splitting up the right side of our Present Value equation into two factors. Thus, the equation below states that the present value equals the future value times the present value factor.

$$PV = FV \times \dfrac{1}{(1+r)^n}$$

PV = Present Value
FV = Future Value

**Conclusion:**

**The Net Present Value of the Joint Venture for APM is = $28,612,277**

**The Net Present Value of the Joint Venture for SKM is = $19.072,944.**

*Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, a German Limited Partnership; Karl-Heinz Rauball and Jane Doe Rauball, his wife; Bernhard Puttke and Jane Doe Puttke, his wife; Kurt Schaller and Jane Doe Schaller, his wife,* cause number CV 07-707-PHX-MHB

Declaration of Dr. Johannes Hermann Hüning

## ATTACHMENT E

### SILVER KING MINE
### 10 YEAR
### INCOME STATEMENT SUMMARY

|  | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
|---|---|---|---|---|---|
| REVENUE | $15,120,000 | 14,000,000 | 15,000,000 | 15,600,000 | 16,200,000 |
| COST OF SALES | 3,526,490 | 3,262,000 | 3,495,000 | 3,634,800 | 3,774,600 |
| EXPENSES | 501,160 | 462,000 | 495,000 | 514,800 | 534,600 |
| EBITDA* | $11,092,350 | 10,276,000 | 11,010,000 | 11,450,400 | 11,890,800 |

|  | YEAR 6 | YEAR 7 | YEAR 8 | YEAR 9 | YEAR 10 |
|---|---|---|---|---|---|
| REVENUE | $16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 | 16,200,000 |
| COST OF SALES | 3,774,600 | 3,774,600 | 3,774,600 | 3,774,600 | 3,774,600 |
| EXPENSES | 534,600 | 534,600 | 534,600 | 534,600 | 534,600 |
| EBITDA | $11,890,800 | 11,890,800 | 11,890,800 | 11,890,800 | 11,890,800 |

* EBITDA - Earnings Before Interest, Taxes, Depreciation and Amortization