# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Precious Metals, Inc., | CIV-07-707-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Accept Erste Rohstoff Beteiligungs KG, a German Partnership, et al., | |
| Defendants. | |

Plaintiff having filed an Application for the Entry of Judgment by Default Against Defendants, which the Court construes as a motion for default judgment (Doc. #19), and this matter not having written consent of all parties to the exercise of authority by the Magistrate Judge,

**IT IS ORDERED** that Plaintiff's motion for default judgment (Doc. #19) is referred to United States District Judge Roslyn O. Silver. All other matters shall remain with the Magistrate Judge pending written consent of all parties.

DATED this 13th day of December, 2007.

Roslyn O. Silver
United States District Judge