Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br><br>    Defendants. | NO. CV-07-707-PHX-MHB<br><br>**MOTION TO RESCHEDULE HEARING**<br><br>**AND**<br><br>**AND PROOF OF MAILING** |

Plaintiff respectfully requests that the hearing on damages presently scheduled for March 14, 2008 at 10:30 a.m. be continued to a time convenient to the Court for the reason that the parties are in discussions that may result in a settlement of the claims between them and a dismissal of this action.

RESPECTFULLY submitted this 12th day of March, 2008.

_____
Peter Strojnik
Attorney for Plaintiff

-1-

1

2  The foregoing e-filed this 12th day of
3  March, 2008.

4  Copies mailed to:

5  Accept Erste Rohstoff Beteiligungs KG
   Heerstrs. 24-26, D 14052
6  Berlin, Germany

7
   Bernhardt Puttke
8  Heerstrs. 24-26, D 14052
   Berlin, Germany
9

10 Karl-Heinz Rauball
   Heerstrs. 24-26, D 14052
11 Berlin, Germany

12  /s/

13 _____

14

15

16

17

18

19

20

21

22

23

24

25

-2-