Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,

Plaintiff,

vs.

ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,

Defendants.

NO. CV-07-707-PHX-MHB

**AMENDED NOTICE OF HEARING**

**AND PROOF OF SERVICE**

Please take notice that a hearing on the amount of damages will be held on 2nd day of May, 2008, at 1:30 P.M. before the Honorable Roslyn O. Silver, Judge of the United States District Court for the District of Arizona, 401 West Washington, Phoenix, Arizona 85003. The Order of the Court dated 12-13-07 [doc 31] and the Order of the Court dated April 4, 2008 (doc 33) are attached hereto. Also appended hereto is the Court notification to counsel dated 04-08-08 titled “Activity in Case 2:07-cv-00707-MHB Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG et al Order on Motion to Continue”.

Please also take notice that Plaintiff is herewith serving the Renewed Motion for the Entry of Judgment by Default against Defendants (1) Bernhard Puttke; (2) Karl-Heinz Rauball, and (3) Accept Erste Rohstoff Beteiligungs KG dated April 11, 2008 on all parties whose names and addresses appear under the heading "Certificate of Service" on the following page.

RESPECTFULLY submitted this 11TH day of April, 2008.

Peter Strojnik
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The foregoing e-filed this 11th day of April, 2008.

Copies mailed to:

Accept Erste Rohstoff Beteiligungs KG
Heerstrs. 24-26, D 14052
Berlin, Germany

Bernhardt Puttke
Heerstrs. 24-26, D 14052
Berlin, Germany

Karl-Heinz Rauball
Accept Erste Rohstoff Beteiligungs KG
c/o Decobra Holding
Stokower Str. 207 12.Etage
D 10369 Berlin Germany
*And by e-mail rauball@gmx.de*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,

Plaintiff,

vs.

ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,

Defendants.

NO. CV-07-707-PHX-MHB

**ORDER**

Pursuant to Motion by Plaintiff, and good cause shown:

**IT IS ORDERED** Plaintiff's Motion to Reschedule Hearing and Proof of Mailing (Doc. 30) is **GRANTED**. The hearing on damages presently scheduled for March 14, 2008 at 10:30 a.m. be continued and rescheduled to the 2nd day of May, 2008, at 1:30 P.M. before the Honorable Roslyn O. Silver, Judge of the United States District Court for the District of Arizona, 401 West Washington, Phoenix, Arizona 85003.

**IT IS FURTHER ORDERED** Plaintiff's Motion for Default Judgment (Doc. 19) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff shall refile its motion for default judgment if necessary.

**IT IS FURTHER ORDERED** Plaintiff shall serve the Defendants with this Order and its renewed motion for default judgment and shall make proof of such service at the time of the continued hearing.

Dated this 13th day of March, 2008.

Roslyn O. Silver
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Precious Metals, Inc., Plaintiff, vs. Accept Erste Rohstoff Beteiligungs KG; et al., Defendants. | No. CV-07-707-PHX-MHB **ORDER** |

Pending is Plaintiff's Motion to Reschedule Hearing (Doc. 32). After review of the motion, the Court finds that Plaintiff has failed to demonstrate good cause for continuing the hearing.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion to Reschedule Hearing (Doc. 32) is **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff shall file a notice of settlement, or, in the alternative, a renewed motion for default judgment by Friday, April 11, 2008.

**IT IS FURTHER ORDERED**, if Plaintiff files a renewed motion for default judgment, Plaintiff shall serve the motion on Defendants and shall make proof of such service at the time of the hearing.[1]

DATED this 8th day of April, 2008.

Roslyn O. Silver
United States District Judge

[1] Plaintiff should have already served Defendants with notice of the May 2, 2008 hearing. (See Doc. 31.)

Subj: **Activity in Case 2:07-cv-00707-MHB Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG et al Order on Motion to Continue**
Date: 4/8/2008 1:22:19 P.M. US Mountain Standard Time
From: azddb_responses@azd.uscourts.gov
To: azddb_nefs@azd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**DISTRICT OF ARIZONA**

## Notice of Electronic Filing

The following transaction was entered on 4/8/2008 at 1:21 PM MST and filed on 4/8/2008

| | |
|---|---|
| **Case Name:** | Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG et al |
| **Case Number:** | 2:07-cv-707 |
| **Filer:** | |
| **Document Number:** | 33 |

**Docket Text:**
**ORDER denying [32] Motion to Continue Hearing. Pla shall file a notice of settlement, or, in the alternative, a renewed motion for default judgment by Friday, April 11, 2008. IT IS FURTHER ORDERED, if Plaintiff files a renewed motion for default judgment, Plaintiff shall serve the motion on Defendants and shall make proof of such service at the time of the hearing. Signed by Judge Roslyn O Silver on 04/08/08.(DNH)**

**2:07-cv-707 Notice has been electronically mailed to:**

Peter Strojnik strojnik@aol.com

**2:07-cv-707 Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=4/8/2008] [FileNumber=2743533-0]
[06881c0a6ee86d9996dd1b6b7b12c546de2d7df7509ef1fece22eb50dc9d97cf0c6a
ca42cc32a1bf2d715d28776e3d904f4d8a19d2a2721bc1334ed9e70848bb]]