X FILED
___ RECEIVED
MAY 0 2 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL WITNESS LIST

___ Preliminary Injunction ___ TRO ___ Non-Jury Trial X ~~Jury Trial~~ Motion Hrg

Case Number CV 07-707-PHX-MHB Judge Code 7022 Date 5/2/08

AZ Precious Metals, Inc. vs. Accept Rohstoff Beteiligungs KG, et al.

X Plaintiff/Petitioner ___ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Peter Strojnik | 5/2/08 | 5/2/08 |
| DR. Hans-Hermann Hüning | 5/2/08 | 5/2/08 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |