UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

X FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 0 2 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**CIVIL EXHIBIT LIST**

X Motion/Evidentiary Hearing ___ Non-Jury Trial ___ Jury Trial

Cause number: CV07-707-PHX-MHB Judge Code: 7022

Arizona Precious Metals, Inc. v. Accept Erste Rohstoff Beteiligungs KG, et al.
Plaintiff(s) Defendant(s)

X Plaintiff ___ Defendant

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | 5/2/08 | Proof of mailing |
| 2 | | 5/2/08 | Proof of e-mail |
| 3 | | 5/2/08 | Joint Venture Agreement |
| 4 | | 5/2/08 | Loan Agreement |
| 5 | | 5/2/08 | Declaration of Dr. Hüning |
| 6 | | 5/2/08 | Supplemental Declaration of Dr. Hüning |
| 7 | | | Dec of Richard Campbell |
| | | | |
| | | | |