IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Precious Metals, Inc., ) | No. CV-07-707-PHX-MHB |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| Accept Erste Rohstoff Beteiligungs KG; et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending is Plaintiff's Renewed Motion for the Entry of Judgment by Default Against Defendants (1) Bernhard Puttke; (2) Karl-Heinz Rauball; and (3) Accept Erste Rohstoff Beteiligungs KG. (Doc. 34.)  After review of the motion, and for the reasons stated in the Court's opinion filed concurrently herewith,

**IT IS ORDERED** Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. 34) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** judgment is entered in favor of Plaintiff and against Defendants Bernhard Puttke, Karl-Heinz Rauball, and Accept Erste Rohstoff Beteiligungs KG, joint and severally, as follows:

Plaintiff is awarded $1 in nominal damages;

Plaintiff is awarded its costs;

1 | Plaintiff is awarded its reasonable attorney's fees, subject to the Court's review of an
2 | appropriate application of attorney's fees.
3 | **IT IS FURTHER ORDERED** Plaintiff shall submit a bill of costs as set forth in
4 | Local Rule of Civil Procedure 54.1.
5 | **IT IS FURTHER ORDERED** Plaintiff shall submit a motion for award of attorney's
6 | fees and supporting memorandum as set forth in Local Rule of Civil Procedure 54.2.
7 | **IT IS FURTHER ORDERED** the Clerk of the Court shall close this case.
8 | DATED this 2nd day of September, 2008.

_____
Roslyn O. Silver
United States District Judge

- 2 -