Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br><br>Defendants. | NO.  CV-07-707-PHX-MHB<br><br>**MEMORANDUM IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES AND COSTS** |

Pursuant to Judgment (Doc 41), Counsel submits the following Memorandum in Support of Application for Attorney's Fees and Costs:

1) Counsel graduated from Arizona State University Law School in 1980; Counsel passed the Arizona State Bar Examination in 1980 and became licensed by the Arizona Supreme Court in the same year.

2) Counsel is licensed to practice in the Courts of the State of Arizona, including the US District Court, and the 9th Circuit Court of Appeals.

-1-

3) Counsel's primary area of practice is commercial litigation and corporate representation; counsel has practiced his trade for public and private companies in the Courts of the State of Arizona and as *pro hac vice* in various courts throughout the United States.

4) In the above captioned matter, Counsel was hired by the Plaintiff to provide general legal counsel, contract preparation and litigation representation on July 28, 2006. Attached hereto as Exhibit 1 is a copy of the Hourly Fee Agreement.

5) In 2006, Counsel's regular hourly fee was $350.00 per hour. This fee is reasonable in light of Counsel's experience, location, and reputation in the legal community.

6) Plaintiff claims entitlement to an award of attorney's fees pursuant to the Judgment entered in this matter. (Doc 41)

7) Counsel made good faith effort to arrange a conference with Mr. Rauball and Accept Erste Rohstoff Beteiligungs KG; Mr. Rauball promised to visit with counsel and client in Phoenix, but neither Mr. Rauball nor Accept appeared to enter discussions.

8) Counsel is not in position to arrange a good faith conference with Defendant Puttke; previous mail communications to Defendant Puttke were returned to Counsel unaccepted, and counsel has no reasonable alternative method of making contact.

9) Counsel's request for attorney's fees is based on the following Statement of:

| DATE | DESCRIPTION | ATTY | TIME |
|---|---|---|---|
| 02-14-07 | 1. Consultation with client re: ▮▮▮▮▮▮▮▮▮▮; gather factual background and conduct factual investigation. (3.50)<br>2. Preparation of draft Verified Complaint. (2.50)<br>3. Forward Complaint to client for review and comment. (0.30)<br>4. Preparation, review and submission of letter to Rauball et al re breach of contract and possibility | PS | 7.60 |

| Date | Description | | |
|---|---|---|---|
| | of filing action. (1.00)<br>5. Preparation, review and submission of e-mail to Rauball re same. (0.30) | | |
| 02-19-07 | 1. Conference with client re: ▮▮▮ (1.00)<br>2. Redraft Complaint in preparation for filing pursuant to the changes suggested by client. (1.00)<br>3. Preparation, review and submission of Summonses. (0.75)<br>4. Preparation, review and submission of e-mail to client ▮▮▮. (0.30)<br>5. Review, legal and factual analysis of law relating to service of process in Germany pursuant to the Hague Convention on Service Abroad. (4.50) | PS | 7.55 |
| 04-05-07 | 1. Exchange e-mails with client re: ▮▮▮ (2.00)<br>2. Conference with Dick Campbell re: ▮. (0.50)<br>3. Review, legal and factual analysis of consent to exercise jurisdiction by magistrate; attention to same. (0.50) | PS | 3.00 |
| 04-09-07 | 1. Review summonses. (0.50) | PS | 0.50 |
| 04-10-07 | 1. Attention to translations of Complaint and Summonses into German; review of same with John Hüning. Accept translations. (3.00)<br>2. Attention to service abroad. Preparation of forms for service pursuant to the Hague Convention on Service Abroad. Discussion with Court re proper and preferred method of service. (3.50) | PS | 6.50 |
| 04-25-07 | 1. Review, legal and factual analysis of return receipt for Accept. (0.30)<br>2. Review, legal and factual analysis of return receipt for Puttke. (0.30)<br>3. Review, legal and factual analysis of return receipt for Rauball. (0.30) | PS | 0.90 |
| 05-28-07 | 4. Conference with client re: ▮▮▮. (0.50)<br>5. Review, legal and factual analysis of e-mail from client ▮▮▮ poststelle@senjust.verwalt-berlin.de | PS | 1.30 |

−3−

| Date | Description | | |
|---|---|---|---|
| | ▮▮▮▮ (0.30)<br>6. Preparation, review and submission of fax to Senator Fuer Justiz re: Service of Process. (0.50) | | |
| 06-11-07 | 1. Review, legal and factual analysis of Certificate of Service of Process from Berlin. (0.30)<br>2. Preparation, review and submission of Notice of Completion of Service of Process. (0.50)<br>3. Preparation, review and submission of Notice of Default. (0.50)<br>4. Preparation, review and submission of memorandum to client re: ▮▮▮▮. (4.00)<br>5. Review, legal and factual analysis of service documents; Preparation, review and submission of Notice Of Completion Of Service Of Process By Hague Convention On Defendant Puttke (1.50)<br>6. Preparation, review and submission of Application for the Entry of Default - Puttke(1.50) | PS | 8.30 |
| 06-12-07 | 1. Review, legal and factual analysis of service documents; Preparation, review and submission of Notice Of Completion Of Service Of Process By Hague Convention On Defendant Rauball (1.50)<br>2. Preparation, review and submission of Application for the Entry of Default - Rauball(1.50) | PS | 3.00 |
| 06-18-07 | 1. Review, legal and factual analysis of service documents; Preparation, review and submission of Notice Of Completion Of Service Of Process By Hague Convention On Defendant Accept Erste Rohstoff Beteiligungs Kg. (1.50)<br>2. Preparation, review and submission of Application for the Entry of Default - Accept Erste Rohstoff Beteiligungs Kg. (1.50) | PS | 3.00 |
| 08-20-07 | 1. Review, legal and factual analysis of clerk's entry of default. (0.30) | PS | 0.30 |
| 08-21-07 | 1. Preparation, review and submission of Notice of Application for the Entry of Judgment by | PS | 3.05 |

| | | | |
|---|---|---|---|
| | Default against Defendants (other than Schaller) 1.00.<br>2. Preparation, review and submission of Notice of Dismissal (Schaller) (0.50)<br>3. Preparation, review and submission of Notice of Waiver of Costs. (0.30)<br>4. Preparation, review and submission of [Proposed] Form of Judgment (1.25) | | |
| 10-31-07 | 1. Meeting with client. Preparation, review and submission of Declaration of Dr. Johannes Hüning under the penalty of perjury. (3.85) | PS | 3.85 |
| 11-02-07 | 1. Review, legal and factual analysis of the 10-31-07 and 11-02-07 Orders (0.50)<br>2. Research re: Whether Defendants were properly served, citing the appropriate procedure for serving German defendants and providing proof that this procedure has been satisfied. (Court Order Issue 1) (3.00) | PS | 3.50 |
| 11-03-07 | 1. Research re whether the Court has subject matter and personal jurisdiction, providing the applicable law and applying the facts to the law. (Court Order Issue 2) (2.75)<br>2. Research re whether each separate Defendant entered into a contract with Plaintiff, providing evidence of the formation of the contracts and the terms of the contracts. (Court Order Issue 3) (3.00) | PS | 5.75 |
| 11-04-07 | 1. Research re on which contract provisions each separate Defendant breached and how each separate Defendant breached those provisions. (Court Order Issue 4) (0.50)<br>2. Research re individual Defendants may be held liable for the obligations of the corporate Defendant, providing the applicable law and applying the facts to the law. (Court Order Issue 5) (3.00)<br>3. Research re the type of damages Plaintiff is entitled for Defendants' breach of contract, providing the applicable law and applying the facts to the law. (Court Order Issue 6) (4.50) | PS | 8.00 |
| 11-05-07 | 1. Review facts and law re specific and concrete evidence of the amount of damages Plaintiff is entitled. (Court Order Issue 7) (4.25) | PS | 4.25 |

| Date | Description | | Hours |
|---|---|---|---|
| 11-06-07 | 1. Meeting with client re: ▮▮▮▮▮▮▮▮. (2.00)<br>2. Preparation, review and submission of Supplemental Declaration of Dr. Johannes Hüning. (3.00)<br>3. Meeting with Dr. Hüning. (1.00) | PS | 6.00 |
| 11-07-07 | 1. Review issue of law re award of damages in an amount greater than $75,000 if $75,000 is the largest amount of damages specifically alleged in the Complaint. See Fed. R. Civ. P. 54(c); *Fehlhaber v. Fehlhaber*, 681 F.2d 1015, 1024–26 (11th Cir. 1982). (Court Order Issue 8) (8.50) | PS | 8.50 |
| 11-09-07 | 1. Meeting with Richard Campbell; preparation of Declaration of Richard Campbell for filing with the Court. (4.75) | PS | 4.75 |
| 11-09-07 | 1. Preparation, review and submission of Brief o Issues Referenced in the 10-31-07 and 11-02-07 Orders. (8.00) | PS | 8.00 |
| 12-13-07 | 1. Review, legal and factual analysis of Order re: retention of jurisdiction. (0.30) | PS | 0.30 |
| 12-20-08 | 1. Preparation, review and submission of Notice of Hearing on Motion (0.50) | PS | 0.50 |
| 03-12-08 | 1. Preparation, review and submission of Motion to Continue Hearing and Proof of Mailing (0.50) | PS | 0.50 |
| 03-13-08 | 1. Review, legal and factual analysis of Order granting Motion to Reschedule Hearing. (0.30) | PS | 0.30 |
| 04-08-08 | 1. Preparation, review and submission of Motion to Continue Hearing. (0.50)<br>2. Review, legal and factual analysis of Order Denying Motion to Continue Hearing. (0.30)<br>3. Conference with client re same. (0.30) | PS | 1.10 |
| 04-11-08 | 1. Preparation, review and submission of Amended Notice of Hearing and Proof of Service. (0.75)<br>2. Preparation, review and submission of Renewed Motion for the Entry of Judgment. (3.25) | PS | 4.00 |
| 04-25-08 | 1. Preparation, review and submission of internal memorandum regarding the calculation of net present value of the Silver King Mine Joint | PS | 4.50 |

| | | | | |
|---|---|---|---|---|
| | | Venture as a mid sized privately held business. (4.50) | | |
| | 04-26-08 | 1. Preparation, review and submission of internal memorandum regarding lost profits for a new business. (6.00) | PS | 6.00 |
| | 04-29-08 | 1. Preparation for hearing with Dick Campbell and John Hüning (6.00) | PS | 6.00 |
| | 05-01-08 | 1. Continued meeting with Dick Campbell and Dr. Hüning in preparation for the hearing on 05-02-08. (6.75) | PS | 6.75 |
| | 05-02-08 | 1. Preparation for hearing and hearing before Judge Silver on the issue of damages. (5.50) | PS | 5.50 |
| | 09-04-08 | 1. Review, legal and factual analysis of Judgment. (0.30) 2. Review, legal and factual analysis of Opinion (1.00) | PS | 1.30 |
| | 09-22-08 | 1. Preparation, review and submission of Memorandum re: Attorney's Fees. (3.50) 2. Preparation, review and submission of Declaration of Counsel (2.50) | PS | 6.00 |
| | | **TOTAL** | | **140.35** |

10) Plaintiff incurred the following costs:

| CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Accept | 04-05-07 | Filing Fee | $350.00 |
| Accept | 04-10-07 | Service of Process (mail) | $70.80 |
| | | **COSTS TOTAL** | **$420.80** |

11) Counsel's fee agreement with Plaintiff provides in relevant part (Exhibit 1 to Declaration of Counsel filed herewith):

**Attorney's Fee, Retainer and Billing**

Attorney's regular hourly fee is **$350.00**. However, Attorney shall provide legal services at the hourly fee of **$175.00 plus 1% founding membership interest in the Client, or 100,000 membership units**. The membership units are deemed earned and paid as inducement to enter into this Agreement, and are due at the time of the execution of this Agreement by the parties. The membership units are non-refundable. At the end of each month, or other reasonable period, Attorney shall mail to the client a Statement of Account. Client understands that the **minimum billable time period is 0.30 hours**, irrespective of the actual time spent performing a task.

-7-

12) The 1% founding membership interest in APM represents the equivalent of $175.00 per hour. Therefore, Counsel's fees are computed on the basis of $350.00 per hour.

13) Plaintiff requests attorney's fees in the amount of **$49,122.50** and costs in the amount of **$420.00.**

14) The amount of fees is reasonable for the following reasons:

  a) <u>The Time and Effort Required of Counsel</u>: This case involved difficult issues of international service of process pursuant to the Hague Convention on Service Abroad; the location of German "central authority" for the purpose of service of process; the difficult issues relating to the entitlement to judgment as set forth in the 10-31-07 and 11-02-07 Orders requiring Counsel to prepare an extensive and complex memorandum regarding no less than eight (8) different issues relating to both jurisdiction and substantive law.

  b) <u>The Novelty and Difficulty of Questions Presented</u>. The novelty of the questions presented is best described in the eight (8) complex issues raised by the Court in its 10-31-07 and 11-02-07 Orders. The difficulty is also apparent from the law relating to the entitlement to damages for lost profits where the purpose of the loan is known to the defaulting lender and the borrower is a newly formed entity.

  c) <u>The Skill Required to Perform the Legal Tasks</u>. The skill necessary in this matter required the services of an experienced attorney such as Counsel with 28 years of experience and the knowledge necessary to present cogent, understandable argument to the Court.

d) <u>The Preclusion of Other Employment by Counsel By Virtue of Acceptance of Current Case</u>. Counsel was precluded from taking other employment by virtue of the time necessary to conduct the above litigation matter.

e) <u>The Customary Fee Charged In Matters of the Type Involved</u>. The customary fee charged for the type of matter in issue is between $300.00 and $450.00 per hour.

f) <u>Whether the Fee was Fixed or Contingent</u>. The fee was fixed.

g) <u>The Time Limitations Imposed by Client or by Circumstances</u>. Counsel was required by client to prioritize the above litigation and to achieve a result with haste since the Defendants all reside in a foreign country, and there was a potential of inability to serve process on Defendants.

h) <u>The Amount of Money Involved and the Results Obtained</u>. Plaintiff sought $26,961,043.00 in damages for lost profits. The Court awarded nominal damages in the amount of $1.00.

i) <u>The Experience, Ability and Reputation of Counsel</u>. Counsel has 28 years of experience; his ability is great and his reputation solid.

j) <u>The "Undesirability" of the Case</u>. This case was undesirable because of a possibility that client, as a new business enterprise, may be unable to pay hourly fee to Counsel. Therefore, Counsel had to take a risk that either (1) Client will be able to afford payment or (2) the Court will award fees to Client.

k) <u>The Nature and Length of the Professional Relationship between the Attorney and the Client</u>. Counsel and Client have enjoyed a relationship since approximately July of 2006.

l)  <u>Awards in Similar Actions.</u> Awards in similar actions are unknown.

RESPECTFULLY submitted this 22ND day of September, 2008.

*[signature]*

_____
Peter Strojnik
Attorney for Plaintiff

-10-