Peter Strojnik, 6464
**THE LAW FIRM OF PETER STROJNIK**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife,<br><br>           Defendants. | NO. CV-07-707-PHX-MHB<br><br>**NOTICE OF APPEAL** |

Plaintiff appeals to the United States Court of Appeals for the 9th Circuit from (1) The Opinion dated September 3, 2008 (Doc 40) and (2) that portion of the Judgment dated September 3, 2008 (doc 41) awarding Plaintiff $1.00 in nominal damages.

RESPECTFULLY submitted this 2nd day of October, 2008.

                                    **THE LAW FIRM OF PETER STROJNIK**

                                    _____
                                    By: Peter Strojnik