1 Peter Strojnik, 6464
**THE LAW FIRM OF PETER STROJNIK**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
E-mail: Strojnik@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| ARIZONA PRECIOUS METALS, INC., a Nevada Corporation, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) | NO. CV-07-707-PHX-MHB |
| vs. | ) ) ) | **REPRESENTATION STATEMENT** |
| ACCEPT ERSTE ROHSTOFF BETEILIGUNGS KG, a German Partnership; KARL-HEINZ RAUBALL and JANE DOE RAUBALL, his wife; BERNHARD PUTTKE and JANE DOE PUTTKE, his wife; KURT SCHALLER and JANE DOE SCHALLER, his wife, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

| PARTY | REPRESENTED BY |
|---|---|
| **Plaintiff / Appellant:** Arizona Precious Metals, Inc. | **Peter Strojnik, 6464**<br>3030 North Central Avenue, Suite 1401<br>Phoenix, Arizona 85012<br>Telephone: 602-297-3019<br>Facsimile: 602-297-3176<br>e-mail: ps@strojnik.com<br>Attorney for Plaintiff |
| **Defendant/Appellee:** Accept Erste Rohstoff Beteiligungs KG, A German Partnership | **Unrepresented.**<br>**Last known address:**<br>Accept Erste Rohstoff Beteiligungs KG<br>Heerstrs. 24-26, D 14052 |

-1-

Case 2:07-cv-00707-MHB   Document 45   Filed 10/02/08   Page 2 of 2

| | Berlin, Germany |
|---|---|
| **Defendant/Appellee:** KARL-HEINZ RAUBALL | **Unrepresented.** **Last known address:** Karl-Heinz Rauball Heerstrs. 24-26, D 14052 Berlin, Germany |
| **Defendant/Appellee:** BERNHARD PUTTKE | **Unrepresented.** **Last known address:** Bernhardt Puttke Heerstrs. 24-26, D 14052 Berlin, Germany |

RESPECTFULLY submitted this 2nd day of October, 2008.

                          **THE LAW FIRM OF PETER STROJNIK**

                          _____

                          By: Peter Strojnik

-2-